

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
NOV 12 2024
Superior Court of the
District of Columbia

Case No. 2024 07125

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Jaquline Murphy-Holmon
**Address:** 4665 Benning Rd SE Apt A
**City/State/Zip:** Washington DC 20019
**Telephone Number:** 202 642 8879
**Email Address (optional):** Jackiemurphyholmon@gmail.com

**VS**

**DEFENDANT:** Metro-Transit Police
**Address:** 4100 Garden City Drive
**City/State/Zip:** Hyattsville MD 20785

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   On 10/3/2024 at about 8:40am i got on bus V8 and before I could sit, the driver pulled off fast which made me fall. This happened on Benning Rd SE 46th St place SE. People on the bus helped me up. When I got off, i called Metro-transit police department to report the incident, the bus number is 4755. The next day i started feeling pain on my neck and back, i called the ambulance and they took me to the hospital.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am sueing metro because they didn't give me a chance to sit down before the bus started moving. This led to my back and neck injury.

Form CA-3074 [Rev. Nov. 2017]    1    Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

You can pull the bus camera and see that I actually felt. I am experiencing back and neck pain. which I got a referral for physical therapy and I am taking pain medication

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

Jacquline murphy Hairon
SIGNATURE

11/08/2024
DATE

Subscribed and sworn to before me this ___12th___ day of __November__ 20_24_.

___Adrienne T hais___
(Notary Public/Deputy Clerk)

2