UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAQULINE MURPHY-HOLMAN,

    *Plaintiff,*

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    *Defendant.*

Case No. 1:25-cv-732-RCL

## ORDER

In accordance with Local Rule 16.3, the Court **ORDERS** the parties to meet and confer within fifteen days of this date.

The Court further **ORDERS** that, within fourteen days thereafter, the parties shall jointly submit (a) a written report outlining their discovery plan; and (b) a proposed scheduling order.

**IT IS SO ORDERED.**

Date: March 19, 2025

                                            Royce C. Lamberth
                                            United States District Judge